Marion D. WHITLEY, Appellant,

v.

UNITED STATES of America, Appellee.

No. 14631.

United States Court of Appeals District of Columbia Circuit.

Submitted Nov. 24, 1958.

Decided Dec. 4, 1958.

See also 99 U.S.App.D.C. 159, 237 F.2d 787.

Mr. John B. Perna, Washington, D. C. (appointed by the District Court) submitted on the brief for appellant.

Mr. Harold D. Rhynedance, Jr., Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Carl W. Belcher, Asst. U. S. Atty., were on the brief, submitted on the brief, for appellee.

Before WILBUR K. MILLER, DANAHER and BURGER, Circuit Judges.

PER CURIAM.

The appellant was convicted of trafficking in narcotics. She claims she was unlawfully arrested without a warrant, that certain statements she made after arrest and before arraignment were erroneously received, that her motions to suppress should have been granted, and that she was entrapped by the officers.

We find no error.

Affirmed.

Alice W. BRADFORD and T. Walter Bradford, Appellants

v.

ATLANTIC COAST LINE RAILROAD COMPANY and The Pullman Company, Appellees.

No. 14384.

United States Court of Appeals District of Columbia Circuit.

Argued Oct. 15, 1958.

Decided Dec. 11, 1958.

Mr. Samuel Intrater, Washington, D. C., with whom Mr. Albert Brick, Washington, D. C., was on the brief, for appellants.

Mr. Robert R. Faulkner, Washington, D. C., for appellee Atlantic Coast Line R. Co.

Mr. John E. Powell, Washington, D. C., with whom Messrs. Arthur P. Drury and John M. Lynham, Washington, D. C., were on the brief, for appellee The Pullman Co.

Before EDGERTON, BAZELON and DANAHER, Circuit Judges.

PER CURIAM.

This is an appeal from a grant of summary judgment against appellants in their suit for injuries allegedly resulting from appellees' negligence "in the operation of [a railroad] train." We find no error affecting substantial rights.

Affirmed.